UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA TAMPA DIVISION

JUN 30 2026 PM12:36
FILED - USDC - FLMD - TPA

| | | |
|---|---|---|
| PLAINTIFFS ROBERT B. HALLIDAY III, Individually, AND PATRICIA M. HALLIDAY, Individually and Collectively as Next of Kin and as Personal Representatives of their Son, Fort Bliss Whistleblower Soldier RICHARD HALLIDAY, Deceased<br><br>*Plaintiffs,*<br><br>v.<br><br>GREG ABBOTT, et al.,<br><br>*Defendants.* | § § § § § § § § § § § § § § § § § § | CIVIL ACTION NO.<br>8:26-cv-01204-WFJ-CPT |

## PLAINTIFFS' RESPECTFUL NOTICE OF RECEIPT OF THE COURTS ORDER NUMBER 6, AND ASSERTION THAT OUR CLAIMS ARE MERITORIOUS

**TO THE HONORABLE JUDGE OF THE COURT:**

COMES NOW PLAINTIFFS ROBERT B HALLIDAY III AND PATRICIA M HALLIDAY, proceeding without counsel, and respectfully file this notice in response to the Court's Order (Doc. 6) in the above-captioned case.

1. Plaintiffs acknowledge receipt of the Court's Order and assert that their claims are meritorious. Plaintiffs further acknowledge that they have been granted twenty-one (21) days from June 23, 2026, to file an Amended Complaint. Plaintiffs are also mindful of the Court's reference to *Welland v. Palm Beach County Sheriff's Office*, 792 F.3d 1313 (11th Cir. 2015).

2. Plaintiffs are the parents of SPC Richard Karol Halliday, the murdered Fort Bliss whistleblower Soldier. Richard was killed in retaliation for exposing trafficking and related

1

criminal activity connected to Fort Bliss, including matters involving election interference targeting President Donald J. Trump. Our son was targeted both before and after his murder. The same network also targeted and threatened our family in an attempt to obstruct the ongoing investigation into his death. Our investigation has confirmed that our son's platoon leader bears direct responsibility for the murder and orchestrated the subsequent targeting of our family and violations of our civil rights.

3. Plaintiffs' allegations are fully meritorious and supported by direct and corroborating evidence, including official Army Line of Duty determinations and statements from the Commander-in-Chief recognizing Richard as a national hero who made the ultimate sacrifice.

4. Plaintiffs trust in the rule of law and the integrity of the federal judiciary. Accordingly, they acknowledge the Court's Order and will file their Amended Complaint within the time prescribed.

Respectfully submitted this 26th day of June, 2026.

Robert B. Halliday III, Pro Se

103 McDade Ave. Greer SC. 29651

Pro se Plaintiff

Patricia M. Halliday, Pro Se

103 McDade Ave. Greer SC. 29651

Pro se Plaintiff