UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA TAMPA DIVISION

| | | |
|---|---|---|
| PLAINTIFFS ROBERT B. HALLIDAY III, Individually, AND PATRICIA M. HALLIDAY, Individually and Collectively as Next of Kin and as Personal Representatives of their Son, Fort Bliss Whistleblower Soldier RICHARD HALLIDAY, Deceased<br><br>*Plaintiffs*,<br><br>v.<br><br>SHERIFF KURT A. HOFFMAN, in his official and individual capacity, MICHELLE HAUCKE-AMBURGY, CARLOS MANUEL SALAS, RONALD C. BAIROS, BRIAN BARRETT, TAVITA NUUSA, AMANDA WOLFORD, LELANI HART, THE SARASOTA COUNTY SHERIFF'S OFFICE, and JOHN DOES 1-10 (Unknown Federal Agents),<br><br>*Defendants*. | § | CIVIL ACTION NO.<br>8:26-cv-01204-WFJ-CPT |

**PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO PERFECT SERVICE OF PROCESS ON REMAINING DEFENDANTS**

**TO THE HONORABLE JUDGE OF THE COURT:**

COMES NOW PLAINTIFFS ROBERT B. HALLIDAY III AND PATRICIA M. HALLIDAY, proceeding pro se, respectfully move this Court, pursuant to Federal Rules of Civil Procedure 4(m) and 6(b), for an extension of time to perfect service of process on the remaining unserved Defendants and to file proof of service. In support, Plaintiffs state as follows:

1. On September 18, 2026, the Court entered an Endorsed Order directing Plaintiffs to

perfect service and file proof of such service on the docket within thirty (30) days of the date of that Order. Failure to timely perfect service may result in dismissal of this action or dismissal as to any Defendant not properly served. (Doc. 9.) Plaintiffs have been diligently attempting to effect service. Summonses were issued as to the majority of the named Florida-based Defendants on or about October 9, 2026. Plaintiffs have successfully served five (5) of the six (6) Florida-based Defendants. Proof of service for the served Defendants has been or will promptly be filed.

2. Service has not yet been perfected on the remaining Defendant(s). The remaining Florida Defendant has required additional time to locate a current address and complete service.

3. Good cause exists for a modest extension. Plaintiffs have acted with diligence, have already served the substantial majority of the Florida Defendants, and face practical difficulties identifying and locating the remaining Defendant(s). Granting a short extension will not prejudice any party, as the case is still in its early stages, no Defendant has yet answered or otherwise appeared, and the requested extension is limited.

4. Plaintiffs therefore request an additional sixty (60) days from the date of the Court's order granting this motion (or until a date certain the Court deems appropriate) to perfect service on the remaining Defendants and to file proof of service. Plaintiffs will continue diligent efforts during this period and will file proofs of service as they are completed.

**WHEREFORE,** Plaintiffs respectfully request that the Court grant this Motion, extend the deadline to perfect service and file proof of service as to the remaining unserved Defendants, and grant such other relief as the Court deems just and proper.

**LOCAL RULE 3.01(g) CERTIFICATE**

Plaintiffs certify that they have conferred in good faith (or attempted to confer) with any Defendants who have been served. As of the date of this filing, the Defendants and the remaining Defendants have not been served and have not appeared in this action, making further conferral impractical at this time.

Plaintiffs will promptly supplement this certificate if additional contact occurs.

Respectfully submitted this 15 day of October, 2026.

Robert B. Halliday III, Pro Se

103 McDade Ave. Greer SC. 29651

Pro se Plaintiff

Patricia M. Halliday, Pro Se

103 McDade Ave. Greer SC. 29651

Pro se Plaintiff