UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

Case No. 8:26-CV-01204-WFJ-CPT

ROBERT B. HALLIDAY III, Individually,
and PATRICIA M. HALLIDAY, Individually
and Collectively as Next of Kin and as Personal
Representatives of their Son, Fort Bliss Whistleblower
Soldier RICHARD HALLIDAY, Deceased,
Plaintiffs,
v.

SHERIFF KURT A. HOFFMAN, in his official
and individual capacities; MICHELLE HAUCKE-AMBURGY;
CARLOS MANUEL SALAS; RONALD C. BAIROS;
BRIAN BARRETT; TAVITA NUUSA; AMANDA
WOLFORD; LELANI HART; THE SARASOTA COUNTY
SHERIFF'S OFFICE; and JOHN DOES 1–10
(Unknown Federal Agents),
Defendants.
_______________________________________/

**NOTICE OF APPEARANCE**

YOU ARE HEREBY NOTIFIED that the undersigned attorney does hereby enter her appearance as attorney of record for the Defendants, KURT A. HOFFMAN, sued in his official and individual capacities; the SARASOTA COUNTY SHERIFF'S OFFICE; RONALD C. BAIROS, AMANDA WOLFORD, and MICHELLE HAUCKE-AMBURGY, in the above-styled cause, and you are hereby

requested to furnish the said attorneys with copies of all future pleadings, motions, notices, orders, and other papers in this cause.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I have electronically filed a copy of the foregoing with the Clerk of the Court by using the CM/ECF system, and a copy has been furnished by U.S. Mail to: **ROBERT and PATRICIA HALLIDAY**, 103 McDade Avenue, Greer, South Carolina 29651, this 22nd day of October, 2026.

***/s/ Elisabeth D. Reid***
ELISABETH D. REID, ESQUIRE
Fla. Bar No. 44815
PURDY, JOLLY, GIUFFREDA, BARRANCO & JISA, P.A.
2455 E. Sunrise Boulevard, Suite 1216
Fort Lauderdale, Florida 33304
Telephone: (954) 462-3200
E-mail: Elisabeth@purdylaw.com
Rose@purdylaw.com
Attorney for Defendants Kurt A. Hoffman, the Sarasota County Sheriff's Office, Ronald C. Bairos, Michelle Haucke-Amburgy, and Amanda Wolford