**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**
Case No. 8:26-cv-01204-WFJ-CPT

ROBERT B. HALLIDAY III, Individually AND PATRICIA M. HALLIDAY, Individually and Collectively as Next of Kin and as Personal Representatives of their Son, Fort Bliss Whistleblower Soldier RICHARD HALLIDAY, Deceased

Plaintiffs,

v.

SHERIFF KURT A. HOFFMAN, in his official and individual capacities; MICHELLE HAUCKE-AMBURGY; CARLOS MANUEL SALAS; RONALD C. BAIROS; BRIAN BARRETT; TAVITA NUUSA; AMANDA WOLFORD; LELANI HART; THE SARASOTA COUNTY SHERIFF'S OFFICE; JOHN DOES 1–10 (Unknown Federal Agents),

Defendants.
_______________________________________/

# NOTICE OF RELATED ACTION[1]

Under Local Rule 1.07(c), "The lead counsel has a continuing duty to file promptly a 'Notice of Related Action' identifying and describing any related action—either pending or closed—in the Middle District or elsewhere." **But for removal cases, the parties need not identify the original state-court proceeding in this Notice**. Notwithstanding the instruction in the Uniform Case Management Report, a Notice

[1] When filing via CM/ECF, use the "Notice of a Related Action" event under Civil Events-Other Filings-Notices.

of Related Action must be filed in all cases in the Fort Myers Division, even if no related action exists.

Counsel and unrepresented parties must also inform the Court about any related cases previously filed with any court or administrative agency. And counsel and unrepresented parties have a continuing duty to promptly inform the Court of any newly filed similar or successive cases by filing an Amended Notice.

I certify that the above-captioned case:

☐ **IS** related to pending or closed civil or criminal case(s) previously filed in this Court, or any other federal or state court, or administrative agency as indicated below:

☒ **IS NOT** related to any pending or closed civil or criminal case filed with this Court, or any other federal or state court, or administrative agency.

***/s/ Elisabeth D. Reid***
ELISABETH D. REID, ESQUIRE
Fla. Bar No. 44815
PURDY, JOLLY, GIUFFREDA, BARRANCO & JISA, P.A.
2455 E. Sunrise Boulevard, Suite 1216
Fort Lauderdale, Florida 33304
Telephone: (954) 462-3200
E-mail: Elisabeth@purdylaw.com
Lead Counsel for Defendants Kurt A. Hoffman, the Sarasota County Sheriff's Office, Ronald C. Bairos, Amanda Wolford, and Michelle Haucke-Amburgy

10/29/2026